IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GEORGE WARREN                                                    PLAINTIFF

VS.                                              CASE NO.: 3:18-cv-00304-CWR-FKB

SUNFLOWER NO. 88, INC. AND
DON V. SCHILLING, JR. INDIVIDUALLY                              DEFENDANTS

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT
## AND TO DISMISS CLAIMS WITH PREJUDICE

---

COMES NOW, Plaintiff, George Warren and Defendants, Sunflower No. 88, Inc. and Don V. Schilling, Jr., Individually (collectively referred to as "Parties") who hereby represent to the Court that they have resolved the claims in this matter in their entirety and jointly request that this Court to approve the Parties' settlement of the claims brought under the Fair Labor Standards Act ("FLSA") as set forth in the Confidential Settlement Agreement and attachments thereto to which the Parties and their counsel have agreed and to enter a dismissal of all claims with prejudice.  In support of this Motion, the Parties contemporaneously submit a Memorandum in Support.

WHEREFORE, for the reasons stated above and in the Memorandum in Support, the Parties move this Court to approve the settlement of all claims and enter a dismissal with prejudice of said claims.

DATED: September 19, 2018.

Respectfully Submitted,

*/s/ Christopher W. Espy*
CHRISTOPHER W. ESPY

*/s/ L. Bradley Dillard*
L. BRADLEY DILLARD, ESQ.

Christopher W. Espy, Esq.
MSB: 102424
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Tel:   601-718-2087
Fax:   601-718-2102
Email: cespy@forthepeople.com
*Attorney for Plaintiff*

L. Bradley Dillard, Esq.
MBN: 10114
MITCHELL MCNUTT & SAMS, P.A.
P.O. Box 7120
Tupelo, MS 38802
Tel:   662-842-3871
Fax:   662-842-8450
Email: bdillard@mitchellmcnutt.com
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I, Christopher W. Espy, do hereby certify that I have electronically filed a Notice of Service of the foregoing document with the Clerk of the Court using the online ECF system, which I understand will send a Notice of Electronic Filing to the following:

L. Bradley Dillard, Esq.
MITCHELL, MCNUTT & SAMS, P.A.
P.O. Box 7120
Tupelo, MS 38802
Tel:   662-842-3871
Fax:   662-842-8450
Email: bdillard@mitchellmcnutt.com

*Counsel for Defendants.*

*/s/ Christopher W. Espy*
CHRISTOPHER W. ESPY