IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GEORGE WARREN                                                                                           PLAINTIFF

VS.                                                                                   CASE NO.: 3:18-cv-00304-CWR-FKB

SUNFLOWER NO. 88, INC. AND
DON V. SCHILLING, JR. INDIVIDUALLY                                                           DEFENDANTS

ORDER APPROVING SETTLEMENT

Considering the Joint Motion for Approval of Settlement and to Dismiss Claims with Prejudice, the facts supporting the fairness and reasonableness of the proposed settlement confected by the Parties, and the law;

IT IS HEREBY ORDERED that settlement be and is APPROVED; and

IT IS FURTHER ORDERED that all claims be dismissed with prejudice, each party to bear their own costs, except as provided in the Settlement Agreement, Waiver and Release.

SO ORDERED AND ADJUDGED, this 24th day of October, 2018.

                                                                         s/ CARLTON W. REEVES
                                                                         UNITED STATES DISTRICT COURT JUDGE

APPROVED AND SUBMITTED BY:

| | |
|---|---|
| */s/ Christopher W. Espy* | */s/ L. Bradley Dillard* |
| CHRISTOPHER W. ESPY | L. BRADLEY DILLARD, ESQ. |
| | |
| Christopher W. Espy, Esq. | L. Bradley Dillard, Esq. |
| MSB: 102424 | MBN: 10114 |
| MORGAN & MORGAN, PLLC | MITCHELL MCNUTT & SAMS, P.A. |
| 4450 Old Canton Road, Suite 200 | P.O. Box 7120 |
| Jackson, Mississippi 39211 | Tupelo, MS 38802 |
| Tel:   601-718-2087 | Tel:   662-842-3871 |
| Fax:   601-718-2102 | Fax:   662-842-8450 |
| Email: cespy@forthepeople.com | Email: bdillard@mitchellmcnutt.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |